AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
### for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  3:23-mj-822 RMS |
| Dianna ZEILIK and Luis GARCIA | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____6/30/23 to 9/19/23_____ in the county of _____New Haven_____ in the
_____ District of _____Connecticut_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute, and Distribution of a Controlled Substance |
| 21 U.S.C. § 846 | Conspiracy to Distribute Narcotics |
| 21 U.S.C. § 843 | Use of a Communication Facility in the Commission of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See Attached Affidavit of Aaron M. Norowski, Task Force Officer, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

Aaron M. Norowski

Digitally signed by Aaron M. Norowski
Date: 2023.09.19 12:06:50 -04'00'

*Complainant's signature*

Aaron M. Norowski, FBI TFO

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:    09/19/2023

Robert M. Spector

Digitally signed by Robert M. Spector
Date: 2023.09.19 16:10:31 -04'00'

*Judge's signature*

City and state:    New Haven, CT    Hon. Robert M. Spector, U.S. Magistrate Judge

*Printed name and title*