IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE APPLICATION FOR SEARCH WARRANTS | Case No.   3:23-mj-822 RMS<br><br>**Filed Under Seal**<br><br>September 19, 2023 |

MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the following enclosed materials until March 19, 2024, absent further Order of the Court:

- Applications for Search Warrants and attachments

- Affidavit and attachments in Support of Application for Search Warrants and Complaint

- Search Warrants and attachments

- Complaint and Arrest Warrants

- Motion to Seal

- Order to Seal

The Government makes this application because the investigation of the criminal activities described in the sealed documents is ongoing.  The Affidavit sets forth specific information about an ongoing, covert criminal investigation into individuals distributing controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and the targets of the investigation are still at large in the District of Connecticut.  Premature disclosure of the contents of the sealed documents could jeopardize the safety of the individuals with whom the target may interact while evading law enforcement authorities, as well as jeopardize the safety of law enforcement authorities themselves.  It may also result in the destruction of evidence and could frustrate this

investigation by alerting the target of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants.

Accordingly, the requested sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, the requested sealing of these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

Respectfully submitted,
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY


*/s/ Brendan Keefe*
BRENDAN KEEFE
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
450 Main Street, Room 328
Hartford, CT 06103
Brendan.keefe@usdoj.gov
(860) 947-1101
Federal Bar No. ct28689